AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| John GIARRUSSO (YOB 1976) | ) | 25-mj-3221-JDH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October, 2024_____ in the county of _____Essex_____ in the District of _____Massachusetts_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit of Homeland Security Investigations (HSI) Special Agent Adam Rayho.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Rayho, Special Agent, HSI
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: _____August 13, 2025_____

_____
*Judge's signature*

City and state: _____Boston, Massachusetts_____

Hon. Jessica D. Hedges, U.S. Magistrate Judge
*Printed name and title*